The **INCLUSIVE COMMUNITIES PROJECT, INCORPORATED,** Plaintiff–Appellee

v.

**TEXAS DEPARTMENT OF HOUSING AND COMMUNITY AFFAIRS; Michael Gerber; Leslie Bingham–Escareno; Tomas Cardenas; C. Kent Conine; Dionicio Vidal Flores, Sonny; Juan Sanchez Munoz; Gloria L. Ray, in their Official Capacities, Defendants–Appellants Frazier Revitalization, Incorporated, Intervenor–Appellant**

---

**510**

The Inclusive Communities Project, Incorporated, Plaintiff–Appellee

v.

Texas Department of Housing and Community Affairs; Michael Gerber; Leslie Bingham–Escareno; Tomas Cardenas; C. Kent Connie; Dionicio Vidal Flores, Sonny; Juan Sanchez Munoz; Gloria L. Ray, In Their Official Capacities, Defendants–Appellants.

No. 12–11211.

United States Court of Appeals, Fifth Circuit.

Aug. 6, 2015.

Michael Maury Daniel (argued), Laura Beth Beshara, Daniel & Beshara, P.C., Dallas, TX, for Plaintiff-Appellee.

Beth Ellen Klusmann, Esq. (argued), Office of the Attorney General Austin, TX, for Defendants–Appellants.

Brent M. Rosenthal (argued), Rosenthal Weiner, L.L.P., Dallas, TX, for Intervenor–Appellant.

Michael Klein, Sedgwick, L.L.P., Austin, TX, for Amicus Curiae.

Before JONES, WIENER, and GRAVES, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM:

This case was returned to us on remand from the Supreme Court, No. 13–1371, *Texas Department of Housing and Community Affairs, et al. v. Inclusive Communities Project, Inc., et al.,* following the Court's grant of certiorari to consider our reversal of the district court's judgment. *Inclusive Cmtys. Project, Inc. v. Tex. Dep't of Hous. & Cmty. Affairs,* 747 F.3d 275 (5th Cir.2014). The Supreme Court affirmed our judgment and remanded this case to us for further proceedings consistent with its opinion. Accordingly, we now remand this case to the United States District Court for the Northern District of Texas for further proceedings consistent with our opinion and the opinion of the Supreme Court.